UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMANTHA KNIGHT,

                    Plaintiff(s),

        v.

BLOODWORKS NORTHWEST,

                    Defendant(s).

CASE NO. C26-1834-KKE

ORDER ON MOTION FOR LEAVE TO
FILE AN AMENDED COMPLAINT

Days after Defendant Bloodworks Northwest moved to dismiss Plaintiff Samantha Knight's original complaint, Knight filed an amended complaint (Dkt. No. 17) and a motion for leave to file the amended complaint (Dkt. No. 18).  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff may amend the complaint once as a matter of course—i.e., without leave of court—within 21 days after service of a Rule 12(b) motion to dismiss.  Because Knight filed her amended complaint within 21 days of Bloodworks Northwest's motion to dismiss, it automatically becomes the operative complaint and her motion for leave to amend is unnecessary.

Accordingly, the Clerk is DIRECTED to terminate the motion for leave to amend at Dkt. No. 18.  The first amended complaint (Dkt. No. 17) is now the operative complaint and supersedes the original complaint.  *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 925 (9th Cir. 2012).  The Clerk is therefore further DIRECTED to terminate the pending motion to dismiss the original complaint. Dkt. No. 15.

ORDER ON MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT - 1

Dated this 6th day of July, 2026.

Kymberly K. Evanson
United States District Judge