UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SAMANTHA KNIGHT**, Plaintiff, v. **BLOODWORKS NORTHWEST,** Defendant. | Case No. 26-CV-01834-KKE **STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER** |

STIPULATION

COMES NOW, Plaintiff SAMANTHA KNIGHT and Defendant BLOODWORKS NORTHWEST and jointly move that the Court dismiss this case with prejudice and without costs or fees to any party.

Agreed and stipulated to this _22nd__ day of July 2026.

Plaintiff:

/s/ Samantha Knight
Samantha Knight, *pro se*
9508 Edmonds Way, #105
Edmonds, WA 98020
Ph. 206 742-2558

Defendant:

By: */s/ Christopher L. Hilgenfeld*
Christopher L. Hilgenfeld, WSBA No. 36037
Laura J. Black, WSBA No. 35672
DAVIS GRIMM PAYNE & MARRA
701 5th Avenue, Suite 3500
Seattle, WA 98104
Ph. (206) 447-0182 | Fax: (206) 622-9927
E-mail: CHilgenfeld@davisgrimmpayne.com
Email: LBlack@davisgrimmpayne.com
Attorneys for Defendant

ORDER

This Court, having considered the current Motion, the agreement of the parties, and the records and files herein, finds good cause exists to grant the Motion.

This matter is hereby dismissed with prejudice and without costs or fees to any party.

Signed this 4th day of August, 2026.

Kymberly K. Evanson
United States District Judge



**DAVIS GRIMM PAYNE & MARRA**
**701 Fifth Avenue, Suite 3500**
**Seattle, WA 98104**
**Ph. (206) 447-0182 | Fax: (206) 622-9927**